UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| DEFENDERS OF WILDLIFE, ) | |
| ) | |
| Plaintiff, ) | Civ. No. 2:20-cv-3657-BHH |
| ) | |
| v. ) | **NOTICE OF APPEARANCE** |
| ) | |
| U.S. FISH AND WILDLIFE SERVICE, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| ) | |

     I, Shampa A. Panda, hereby notify this Honorable Court that I will appear on behalf of the U.S. Fish and Wildlife Service in the above-named case. My contact information is as follows:

**Mailing Address**
Shampa A. Panda
Environment & Natural Resources Division
Wildlife & Marine Resources Section
U.S. Department of Justice
Benjamin Franklin Station
P.O. Box 7611
Washington, D.C. 20044-7611

**Overnight Delivery / Street Address**
Shampa A. Panda
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
4 Constitution Square
150 M St., N.E., Suite 3.400
Washington, DC 20002

**Telephone and Fax Numbers**
Telephone: (202) 305-0431
Facsimile: (202) 305-0275

**Email**

1

shampa.panda@usdoj.gov

Respectfully submitted this 20th day of November, 2020.

        JEAN E. WILLIAMS
        Deputy Assistant Attorney General
        Environment and Natural Resources Division
        SETH M. BARSKY, Chief
        MEREDITH FLAX, Assistant Chief

        By:  /s/ Shampa A. Panda
        SHAMPA A. PANDA, Trial Attorney
        United States Department of Justice
        Environment & Natural Resources Division
        Wildlife & Marine Resources Section
        P.O. Box 7611
        Washington, D.C. 20044-7611
        Tel: (202) 305-0431; Fax: (202) 305-0275
        Email: shampa.panda@usdoj.gov

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 20, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

                                                                 /s/ Shampa A. Panda