JEAN E. WILLIAMS  
Deputy Assistant Attorney General  
SHAMPA A. PANDA  
Trial Attorney  
Wildlife and Marine Resources Section 150  
M Street NE  
Washington, D.C. 20002  
Tel: (202) 305-0431  
Fax: (202) 305-0275  
shampa.panda@usdoj.gov

*Attorneys for Federal Defendants*

UNITED STATES DISTRICT COURT  
FOR THE DISTRICT OF SOUTH CAROLINA  
CHARLESTON DIVISION

| | |
|---|---|
| DEFENDERS OF WILDLIFE, | )<br>) |
| Plaintiff, | ) Civ. No. 2:20-cv-3657-BHH<br>) |
| v. | ) **FEDERAL DEFENDANTS' MOTION FOR**<br>) **EXTENSION OF TIME**<br>) |
| U.S. FISH AND WILDLIFE SERVICE, | )<br>) |
| Defendants. | )<br>)<br>) |

Pursuant to Federal Rule of Civil Procedure 6(b), Federal Defendants, through their attorneys, request that the Court extend Federal Defendants' time to respond to the Complaint until January 18, 2021. Plaintiffs do not oppose this request.

Federal Defendants' deadline to file a responsive pleading is currently due December 28, 2020. Federal Defendants request a 21-day extension to January 18, 2021. Good cause exists for granting the extension request. Undersigned counsel requests the additional time so that they can confer with interested client agencies, which has been made more difficult given the disruption in agency operations caused by the current maximum telework environment necessitated by the coronavirus pandemic. This is Federal Defendants' first request for an

extension of time to respond to the Complaint.

Respectfully submitted this 24th day of November, 2020.

        JEAN E. WILLIAMS
        Deputy Assistant Attorney General
        Environment and Natural Resources Division
        SETH M. BARSKY, Chief
        MEREDITH FLAX, Assistant Chief

        By:  /s/ Shampa A. Panda
        SHAMPA A. PANDA, Trial Attorney
        United States Department of Justice
        Environment & Natural Resources Division
        Wildlife & Marine Resources Section
        P.O. Box 7611
        Washington, D.C. 20044-7611
        Tel: (202) 305-0431; Fax: (202) 305-0275
        Email: shampa.panda@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on November 24, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

                                                   /s/ Shampa A. Panda