AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Defenders of Wildlife, ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:20-cv-3657-BHH |
| U.S. Fish and Wildlife Service, ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

U.S. Fish and Wildlife Service                                  .

Date:   12/09/2020

s/ Jacqueline LaPan Edgerton
*Attorney's signature*

Jacqueline LaPan Edgerton (#11710)
*Printed name and bar number*

Assistant United States Attorney
United States Attorney's Office
151 Meeting Street, Suite 200
Charleston, South Carolina 29402
*Address*

jacqueline.edgerton@usdoj.gov
*E-mail address*

(843) 266-1666
*Telephone number*

(843) 727-4443
*FAX number*