# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| DEFENDERS OF WILDLIFE, | ) | |
| | ) | |
| Plaintiff, | ) | **Civ. No. 2:20-cv-03657-BHH** |
| | ) | |
| v. | ) | **MOTION IN SUPPORT** |
| | ) | **OF *PRO HAC VICE*** |
| | ) | ***ADMISSION OF*** |
| U.S. FISH AND WILDLIFE SERVICE, | ) | **LINDSAY PAIGE DUBIN** |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The undersigned local counsel hereby moves, together with the attached Application and Affidavit, that Lindsay Paige Dubin be admitted *pro hac vice* in the above-captioned case as associate counsel. As local counsel, I understand that:

1. I will personally sign and include my District of South Carolina federal bar attorney identification number on each pleading, motion, discovery procedure, or other document that I serve or file in this court; and

2. All pleadings and other documents that I file in this case will contain my name, firm name, address, and phone number and those of my associate counsel admitted *pro hac vice*; and

3. Service of all pleadings and notices as required shall be sufficient if served upon me, and it is my responsibility to serve my associate counsel admitted *pro hac vice*; and

4. Unless excused by the court, I will be present at all pretrial conferences, hearings, and trials and may attend discovery proceedings. I will be prepared to actively participate if necessary.

5. Certification of Consultation (Local Civil Rule 7.02).

2

  X  Prior to filing this Motion, I conferred with opposing counsel who has indicated the following position as to this Motion: ☐will likely oppose; X does not intend to oppose

  ☐  Prior to filing this Motion, I attempted to confer with opposing counsel but was unable to do so for the following reason(s):
_____
_____

  ☐  No duty of consultation is required because the opposing party is proceeding pro se.

_____  _____

This the 12th day of January, 2021.

                *s/ Catherine M. Wannamaker*
                Bar No. 12577
                Southern Environmental Law Center
                463 King Street, Suite B
                Charleston, SC 29403
                cwannamaker@selcsc.org
                Telephone: (843) 720-5270
                Facsimile:  (843) 414-7039