## United States District & Bankruptcy Courts
## for the District of Columbia
### CLERK'S OFFICE
### 333 Constitution Avenue, NW
### Washington, DC 20001

I, **ANGELA D. CAESAR,** Clerk of the United States District Court for the District of Columbia, do hereby certify that:

## LINDSAY  PAIGE  DUBIN

was, on the __9th__ day of __September__ A.D. __2019__ admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this __16th__ day of __October__ A.D. __2020__.



**ANGELA D. CAESAR,** CLERK

By: *Janisha Jefferson*

Deputy Clerk