# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| DEFENDERS OF WILDLIFE, | ) | |
| | ) | |
| Plaintiff, | ) | **Civ. No. 2:20-cv-03657-BHH** |
| | ) | |
| v. | ) | |
| U.S. FISH AND WILDLIFE SERVICE, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

A Motion and Application/Affidavit for Admission *Pro Hac Vice* has been filed in this case and considered by the undersigned.

IT IS ORDERED THAT:

Applicant: Lindsay Dubin who represents Defenders of Wildlife

   ☐   Be **granted** admission *pro hac vice* in this case.

   ☐   Be **denied** admission *pro hac vice* in this case.

_____                                  _____
Date                                                                              United States District/Magistrate Judge