UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| DEFENDERS OF WILDLIFE,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. FISH & WILDLIFE SERVICE,<br><br>*Defendant*,<br><br>and<br><br>CHARLES RIVER LABORATORIES INTERNATIONAL, INC.,<br><br>*Proposed Intervenor-Defendant*. | Civ. No. 2:20-cv-3657-BHH<br><br>**ANSWERS TO RULE 26.01 INTERROGATORIES** |

    NOW COMES Proposed Intervenor-Defendant Charles River Laboratories International, Inc., by and through its undersigned counsel, to make the following answers to the Rule 26.01 Interrogatories:

(A)    State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of that interest.

    **ANSWER**: None.

(B)    As to each claim, state whether it should be tried jury or nonjury and why.

    **ANSWER**: All claims should be tried non-jury because Plaintiff does not seek money damages.

(C)    State whether the party submitting these responses is a publicly-owned company and separately identify (1) any parent corporation and any publicly-held corporation owning ten percent (10%) or more of the party's stock; (2) each publicly-owned company of which it is a parent; and (3) each publicly-owned company in which the party owns ten percent (10%) or more of the outstanding shares.

    **ANSWER**: Charles River Laboratories International, Inc. is a publicly-owned company. (1) It has no parent corporation and no publicly held corporation owns 10% or more of its stock. (2) It is not a parent of any publicly-owned company. (3) It does not own 10% or more of the outstanding shares in any publicly-owned company.

(D)     State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division). *See* Local Civ. Rule 3.01 (D.S.C.).

**ANSWER**: Per Plaintiff's Complaint and Answers to Local Rule 26.01 Interrogatories, venue is appropriate in the U.S. District Court for the District of South Carolina because the events giving rise to the claims allegedly occurred and allegedly continue to occur in Cape Romain National Wildlife Refuge in Awendaw, South Carolina, which is located in this District.

(E)     Is this action related in whole or in part to any other matter filed in this district, whether civil or criminal? If so, provide (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases that may be related regardless of whether they are still pending. Whether cases are related such that they should be assigned to a single judge will be determined by the clerk of court based on a determination of whether the cases arise from the same or identical transactions, happenings, or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**ANSWER**: Upon information and belief, no, this case is not related to any other matter filed in this District.

(F)     [Defendants only.] If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**ANSWER**: N/A

(G)     [Defendants only.] If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of their liability.

**ANSWER**: Charles River Laboratories International, Inc. does not contend that another party is liable to it for the claims asserted in this matter.

Dated: January 17, 2021                   Respectfully submitted,

*/s/ Ashley Twombley*
J. Ashley Twombley (Federal ID #9388)
Lee Anne Walters (Federal ID #10243)
TWENGE + TWOMBLEY LAW FIRM
311 Carteret Street
Beaufort, SC 29902
Tel.: (843) 982-0100
Fax: (843) 982-0103
twombley@twlawfirm.com
lwalters@twlawfirm.com

Julius M. Redd (*pro hac vice* to be filed)
W. Parker Moore (*pro hac vice* to be filed)
BEVERIDGE & DIAMOND, P.C.
1900 N Street, NW, Suite 100
Washington, D.C.  20036
Tel.: (202) 789-6000
Fax: (202) 789-6190
jredd@bdlaw.com
pmoore@bdlaw.com

*Attorneys for Proposed Intervenor Charles River Laboratories International, Inc.*

3