JEAN E. WILLIAMS
Deputy Assistant Attorney General
Environment and Natural Resources Division
SETH M. BARSKY, Chief
MEREDITH FLAX, Assistant Chief
SHAMPA A. PANDA
Trial Attorney
Wildlife and Marine Resources Section
150 M Street NE
Washington, D.C. 20002
Tel: (202) 305-0431
Fax: (202) 305-0275
shampa.panda@usdoj.gov

*Attorneys for Federal Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| DEFENDERS OF WILDLIFE,<br><br>Plaintiff,<br><br>v.<br><br>U.S. FISH AND WILDLIFE SERVICE,<br><br>Defendants. | Civ. No. 2:20-cv-3657-BHH<br><br>**NOTICE OF ERRATA** |

Defendants hereby submit a Notice of Errata for the Motion to Dismiss filed January 18, 2021. As a result of an e-filing error, the filed motion was not the correct document. Defendants submit as Exhibit 1 to this notice the motion to dismiss referenced in the motion.

Dated: January 18, 2021

Respectfully submitted,

JEAN E. WILLIAMS
Deputy Assistant Attorney General
SETH M. BARSKY
Section Chief


MEREDITH L. FLAX
Assistant Section Chief

*/s/ Shampa A. Panda*

SHAMPA A. PANDA
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 305-0431
Fax: (202) 305-0275
E-mail: shampa.panda@usdoj.gov

*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record.

*/s/ Shampa A. Panda*
SHAMPA A. PANDA
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 305-0431
Fax: (202) 305-0275
E-mail: shampa.panda@usdoj.gov

*Attorney for Defendants*