# Exhibit A



United States Department of the Interior

FISH AND WILDLIFE SERVICE
1875 Century Boulevard
Atlanta, Georgia 30345

In Reply Refer To:
FWS/LR4/NWRS/Chief's Office

Memorandum

To:         Refuge Manager, Cape Romain National Wildlife Refuge, South Carolina
            Project Leader, South Carolina Lowcountry NWR Complex, South Carolina

From:       Regional Chief, National Wildlife Refuge System

Subject:    Special Use Permits for commercial uses at Cape Romain National Wildlife Refuge

To ensure clarify for those interested in applying for a Special Use Permit for commercial uses at Cape Romain NWR, please post the following by August 9, 2021, on the refuge website:

**Announcement**

Beginning August 15, 2021, anyone who wishes to solicit or conduct commercial activities, including, but not limited to, horseshoe crab harvesting within the boundaries of Cape Romain National Wildlife Refuge (Refuge) must apply for a Special Use Permit (SUP) from the U.S. Fish and Wildlife Service.

If a SUP is issued, the permittee must comply with all special conditions attached to that SUP.

Reminder: The entire Refuge is closed from sunset to sunrise, and specific areas within the Refuge are subject to periodic closures. These closures take precedence over any authorization contained in a SUP.