FILED: August 24, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-1589 (L)
(2:20-cv-03657-BHH)

_____

DEFENDERS OF WILDLIFE

  Plaintiff - Appellee

v.

CHARLES RIVER LABORATORIES INTERNATIONAL, INC.

  Intervenor/Defendant - Appellant

and

UNITED STATES FISH AND WILDLIFE SERVICE

  Defendant

and

STATE OF SOUTH CAROLINA EX REL ALAN WILSON, ATTORNEY GENERAL; SOUTH CAROLINA DEPARTMENT OF ADMINISTRATION

  Intervenors

_____

No. 21-1708
(2:20-cv-03657-BHH)

_____

DEFENDERS OF WILDLIFE

   Plaintiff - Appellee

v.

STATE OF SOUTH CAROLINA EX REL ALAN WILSON, ATTORNEY GENERAL; SOUTH CAROLINA DEPARTMENT OF ADMINISTRATION

   Intervenors - Appellants

and

UNITED STATES FISH AND WILDLIFE SERVICE

   Defendant

and

CHARLES RIVER LABORATORIES INTERNATIONAL, INC.

   Intervenor/Defendant

------------------------------

No. 21-1759
(2:20-cv-03657-BHH)

------------------------------

DEFENDERS OF WILDLIFE

   Plaintiff - Appellee

v.

UNITED STATES FISH AND WILDLIFE SERVICE

   Defendant - Appellant

and

CHARLES RIVER LABORATORIES INTERNATIONAL, INC.

      Intervenor/Defendant

STATE OF SOUTH CAROLINA EX REL ALAN WILSON, ATTORNEY GENERAL; SOUTH CAROLINA DEPARTMENT OF ADMINISTRATION

      Intervenors

---

RULE 42(b) MANDATE

---

This court's order dismissing these appeals pursuant to Local Rule 42(b) takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                                       */s/Patricia S. Connor, Clerk*