FILED: August 24, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-1589 (L)
(2:20-cv-03657-BHH)

_____

DEFENDERS OF WILDLIFE

    Plaintiff - Appellee

v.

CHARLES RIVER LABORATORIES INTERNATIONAL, INC.

    Intervenor/Defendant - Appellant

and

UNITED STATES FISH AND WILDLIFE SERVICE

    Defendant

and

STATE OF SOUTH CAROLINA EX REL ALAN WILSON, ATTORNEY GENERAL; SOUTH CAROLINA DEPARTMENT OF ADMINISTRATION

    Intervenors

_____

No. 21-1708
(2:20-cv-03657-BHH)

_____

DEFENDERS OF WILDLIFE

    Plaintiff - Appellee

v.

STATE OF SOUTH CAROLINA EX REL ALAN WILSON, ATTORNEY GENERAL; SOUTH CAROLINA DEPARTMENT OF ADMINISTRATION

    Intervenors - Appellants

and

UNITED STATES FISH AND WILDLIFE SERVICE

    Defendant

and

CHARLES RIVER LABORATORIES INTERNATIONAL, INC.

    Intervenor/Defendant

------

No. 21-1759
(2:20-cv-03657-BHH)

------

DEFENDERS OF WILDLIFE

    Plaintiff - Appellee

v.

UNITED STATES FISH AND WILDLIFE SERVICE

    Defendant - Appellant

and

CHARLES RIVER LABORATORIES INTERNATIONAL, INC.

          Intervenor/Defendant

STATE OF SOUTH CAROLINA EX REL ALAN WILSON, ATTORNEY GENERAL; SOUTH CAROLINA DEPARTMENT OF ADMINISTRATION

          Intervenors

_____

O R D E R

_____

Upon consideration of the motion to voluntarily dismiss these cases pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, and there appearing no opposition, the court grants the motion.

          For the Court--By Direction

          /s/ Patricia S. Connor, Clerk